### UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF LOUISIANA

**JAMES JONES (#339912)**                                              **CIVIL ACTION**

**VERSUS**

**INTERNAL REVENUE SERVICE, ET AL.**                        **NO. 09-0275-RET-DLD**

### O R D E R

      This matter comes before the Court on the plaintiff's Motion for Subpoena Duces Tecum and Motion to Enforce Process of Service of Subpoena Duces Tecum, rec.doc.nos. 4 and 5, wherein he seeks to compel the defendants to produce his earning records for the year 1996.  The plaintiff is not entitled to the relief requested.  Accordingly,

      **IT IS ORDERED** that the plaintiff's Motion for Subpoena Duces Tecum and Motion to Enforce Process of Service of Subpoena Duces Tecum, rec.doc.nos. 4 and 5, be and they are hereby **DENIED.**

      Signed in Baton Rouge, Louisiana, on June 17, 2009.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**